## Staunton.

### COMMONWEALTH INSURANCE COMPANY OF NEW YORK v. DAMASCUS LUMBER COMPANY, INC.

September 18, 1924.

Absent, Campbell, J.

Error to a judgment of the Circuit Court of Washington county, in an action of assumpsit. Judgment for plaintiff. Defendant assigns error.

*Affirmed.*

*George Bryan* and *Pennington, Price & Jones*, for the plaintiff in error.

*Hutton & Hutton* and *L. P. Summers*, for the defendant in error.

WEST, J., delivered the opinion of the court.

This is a writ of error to a judgment for $2,537.63, with interest from December 6, 1922, till paid, rendered in an action on a fire insurance policy.

The evidence and the questions involved in this case are in all respects the same as the evidence and questions involved in *American Insurance Company* v. *Damascus Lumber Company, Inc., ante*, p. 380, 124 S. E. 269, in which an opinion was handed down to-day.

For the reasons stated in the opinion in that case, the judgment in the instant case will be affirmed.

*Affirmed.*